**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Richard** <br> First name <br><br> **Joseph** <br> Middle name <br><br> **Darcy** <br> Last name and Suffix (Sr., Jr., II, III) | **Nicole** <br> First name <br><br> **Lorraine** <br> Middle name <br><br> **Darcy** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8764 | xxx-xx-3909 |

Debtor 1 **Richard Joseph Darcy**
Debtor 2 **Nicole Lorraine Darcy**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **1497 S. 227th Ave.**<br>**Buckeye, AZ 85326**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1 **Richard Joseph Darcy**
Debtor 2 **Nicole Lorraine Darcy**

Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Denver, Colorado** | When | **5/04/17** | Case number | **1714090JGR** |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Richard Joseph Darcy**
Debtor 2 **Nicole Lorraine Darcy**

Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?

Number, Street, City, State & Zip Code

| Debtor 1 | **Richard Joseph Darcy** | | |
|---|---|---|---|
| Debtor 2 | **Nicole Lorraine Darcy** | Case number *(if known)* | |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Richard Joseph Darcy** | |
|---|---|---|
| Debtor 2 | **Nicole Lorraine Darcy** | Case number *(if known)* |

**Part 6:**    **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7:**    **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Richard Joseph Darcy** | **/s/ Nicole Lorraine Darcy** |
|---|---|
| **Richard Joseph Darcy** | **Nicole Lorraine Darcy** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| **nicoledarcy@yahoo.com** | **nicoledarcy@yahoo.com** |
| Email Address of Debtor 1 | Email Address of Debtor 2 |
| | |
| Executed on    **July 6, 2019** | Executed on    **July 6, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **Richard Joseph Darcy**
Debtor 2 **Nicole Lorraine Darcy**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Tom McAvity**  Date **July 6, 2019**
Signature of Attorney for Debtor        MM / DD / YYYY

**Tom McAvity**
Printed name

**Phoenix Fresh Start Bankruptcy Attorneys**
Firm name

**4742 N. 24th Street**
**#300**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone **602-598-5075**   Email address **tom@phoenixfreshstartbankruptcy.com**

**034403 AZ**
Bar number & State

Darcy, Richard and Nicole -

ADVENTIST GLENOAKS HOSPIRAL
701 WINTHROP AVENUE
GLENDALE HEIGHTS IL 60139


ADVENTIST HINSDALE
120 OAK STREET
HINSDALE IL 60521


AFNI
PO BOX 3517
BLOOMINGTON IL 61702-3517


ALAN JOHNSON
2500 HIGGINS ROAD
STE 470
HOFFMAN ESTATES IL 60169


ALEXANDER ASSOC
1555 BARRINGTON ROAD
STE 335
HOFFMAN ESTATES IL 60169


AMERI-CREDIT
801 CHERRY ST #3900
FORT WORTH TX 76102


AMERICREDIT/GM FINANCIAL
ATTN: BANKRUPTCY
PO BOX 183853
ARLINGTON TX 76096


APPLIED BANK
4700 EXCHANGE CT.
BOCA RATON FL 33431-0996


APPLIED CARD BANK
CORRESPONDENCE DEPARTMENT
PO BOX 17120
WILMINGTON DE 19886-7120


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY, AND COLLECTIONS
1275 W. WASHINGTON AVE
PHOENIX AZ 85007

Darcy, Richard and Nicole -

ARS ACCOUNT RESOLUTION
1643 HARRISON PKWY
STE 1
SUNRISE FL 33323

AT & T
ATTN: BANKRUPTCY
PO BOX 10330
FORT WAYNE IN 46851-0330

AT&T
PO BOX 6416
CAROL STREAM IL 60197

AZZ FAMILY DENTAL
1645 IRVING PARK ROAD
HANOVER PARK IL 60133

CANYONLANDS COMMUNITY HEALTHCAR
 PO BOX 1625
PAGE AZ 86040

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130

CAPITAL ONE AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130

CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY UT 84130

CARFINANCE.COM
ATTN: BANKRUPTCY
620 NEWPORT CENTER DR #1100
NEWPORT BEACH CA 92660

CAVALRY PORTFOLIO SERV
500 SUMMIT LAKE DR
VALHALLA NY 10595

Darcy, Richard and Nicole -

CENTRAL CREDIT SERVICES, LLC  
9550 REGENCY SQUARE BLVD  
SUITE 500  
JACKSONVILLE FL 32225

CHECK INTO CASH  
ATTN: BANKRUPTCY  
201 KEITH STREET, STE 80  
CLEVELAND TN 37311

CHILDRENS HOSPITAL COLORADO  
13123 E 16TH AVENUE  
#B095

CITY OF GLOBE  
150 N PINE ST  
GLOBE AZ 85501

COMENITY CAPITAL/ZALES  
ATTN:  BANKRUTPTCY DEPT  
PO BOX 18215  
COLUMBUS OH 43218

COMPASS COLORADO HEATH CARE  
1065  NE 125TH ST  
STE 409

COX COMMUNICATIONS INC.  
6205-B PEACHTREE DUNWOODY RD  
ATLANTA GA 30328

CREDIT ONE BANK  
ATTN: BANKRUPTCY DEPARTMENT  
PO BOX 98873  
LAS VEGAS NV 89193

DEBT RECOVERY SOLUTION  
ATTN: BANKRUPTCY  
6800 JERICHO TURNPIKE SUITE 113E  
SYOSSET NY 11791

DIRECT TV  
P.O. BOX 6550  
ENGLEWOOD CO 80155

Darcy, Richard and Nicole -

ERC/ENHANCED RECOVERY CORP  
ATTN: BANKRUPTCY  
8014 BAYBERRY ROAD  
JACKSONVILLE FL 32256

FINGERHUT  
ATTN: BANKRUPTCY  
PO BOX 1250  
SAINT CLOUD MN 56395

FIRST INVESTORS FINANCIAL SERVICES  
ATTN: BANKRUPTCY  
380 INTERSTATE NORTH PARKWAY, SUITE 300  
ATLANTA GA 30399

FIRST PREMIER BANK  
ATTN: BANKRUPTCY  
PO BOX 5524  
SIOUX FALLS SD 57117

HSBC BANK NEVADA, N.A.  
ATTN: BANKRUPTCY  
PO BOX 1269  
GREENVILLE SC 29602

HSBC BANK USA, N.A.  
P.O. BOX 2013  
BUFFALO NY 14240

IRS  
CENTRAL INSOLVENCY OPERATIONS  
PO BOX 7346  
PHILADELPHIA PA 19101-7346

LABCORP  
P.O. BOX 2240  
BURLINGTON NC 27216

LABCORP  
PO BOX 2240  
BURLINGTON NC 27216-2240

MED SPA WOMENS CENTER  
1 TIFFANY PT  
BLOOMINGDALE IL 60108

Darcy, Richard and Nicole -

MEDICAL CENTER ANESTHESIA
1555 BARRINGTON ROAD
BLOOMINGDALE IL 60108


MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD
STE 4
CHICAGO IL 60606


MIDWEST EMERGENCY ASSOCIATES
800 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLD VA 23502


PROGRESSIVE
PO BOX 31260
TAMPA FL 33631


PROGRESSIVE INSURANCE COMPANY
6300 WILSON MILLS ROAD
CLEVELAND OH 44143


RADIOLOGY CONSULTANTS, INC.
1555 BARRINGTON ROAD
HOFFMAN ESTATES IL 60169


SEAN AND JULIA DOUGHERTY
C/O RG BUSCH
POB 3931
ENGLEWOOD CO 80155


STRATFORD FAMILY PHYSICIANS
129 FAIRFIELD WAY
BLOOMINGDALE IL 60108


SYNCHRONY BANK/ JC PENNEYS
ATTN: BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896

Darcy, Richard and Nicole -

SYNCHRONY BANK/AMAZON
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

SYNCHRONY BANK/CARE CREDIT
ATTN: BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896

T-MOBILE
BANKRUPTCY NOTICES
PO BOX 53410
BELLEVUE WA 98015

TBOM/TOTAL CRD
PO BOX 85710
SIOUX FALLS SD 57118

TELECOM SELF-REPORTED
PO BOX 4500
ALLEN TX 75013

THE HALLSTROM LAW FIRM
1221 E OSBORN RD
STE 101
PHOENIX AZ 85014

UNIVERSITY PHYSICIANS
13611 E COLFAX AVE
BOX 1059
DENVER CO 80256

UTILITY SELF-REPORTED
PO BOX 4500
ALLEN TX 75013

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK SOUTH DR
DENVER CO 80246

WEBBANK FINGERHUT
6250 RIDGEWOOD RD.
SAINT CLOUD MN 56303-0820

Darcy, Richard and Nicole -

XCD REALTY & PROPERTY MGMT
 2 N CENTRAL AVE
#1780
PHOENIX AZ 85004