In re:                                                           Case No. 19-08314-BKM
RICHARD JOSEPH DARCY                                              Chapter 13
NICOLE LORRAINE DARCY
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0970-2        User: admin        Page 1 of 2          Date Rcvd: Jul 12, 2019
                            Form ID: 309I       Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
```
db/jdb    +RICHARD JOSEPH DARCY,   NICOLE LORRAINE DARCY,   1497 S. 227TH AVE.,   BUCKEYE, AZ 85326-7127
tr        +EDWARD J. MANEY,   101 N. FIRST AVE., SUITE 1775,   PHOENIX, AZ 85003-1927
15652329  +Adventist Hinsdale,   120 Oak Street,   Hinsdale IL 60521-3890
15652331  +Alan Johnson,   2500 Higgins Road,   ste 470,   Hoffman Estates IL 60169-7208
15652338  +Ars Account Resolution,   1643 Harrison Pkwy,   Ste 1,   Sunrise FL 33323-2857
15652342  +Canyonlands Community Healthcar,   PO Box 1625,   Page AZ 86040-1625
15652346  +CarFinance.com,   Attn: Bankruptcy,   620 Newport Center Dr #1100,
            Newport Beach CA 92660-8011
15652348  +Central Credit Services, LLC,   9550 Regency Square Blvd,   Suite 500,
            Jacksonville FL 32225-8169
15652351  +City of Globe,   150 N Pine St,   Globe AZ 85501-2592
15652354  +Cox Communications Inc.,   6205-B Peachtree Dunwoody Rd,   Atlanta GA 30328-4524
15652356  +Debt Recovery Solution,   Attn: Bankruptcy,   6800 Jericho Turnpike Suite 113e,
            Syosset NY 11791-4401
15652362  +HSBC Bank Nevada, N.A.,   Attn: Bankruptcy,   PO Box 1269,   Greenville SC 29602-1269
15652365  +LabCorp,   P.O. Box 2240,   Burlington NC 27216-2240
15652369  +Merchants Credit Guide,   223 W Jackson Blvd,   Ste 4,   Chicago IL 60606-6914
15652372  +Progressive,   PO Box 31260,   Tampa FL 33631-3260
15652373  +Progressive Insurance Company,   6300 Wilson Mills Road,   Cleveland OH 44143-2182
15652374  +Radiology Consultants, Inc.,   1555 Barrington Road,   Hoffman Estates IL 60169-1019
15652375  +Sean and Julia Dougherty,   c/o Rg Bauch,   POB 3931,   Englewood CO 80155-3931
15652381  +Tbom/total Crd,   Po Box 85710,   Sioux Falls SD 57118-5710
15652382  +Telecom Self-reported,   Po Box 4500,   Allen TX 75013-1311
15652383  +The Hallstrom Law Firm,   1221 E Osborn Rd,   Ste 101,   Phoenix AZ 85014-5540
15652385  +Utility Self-reported,   Po Box 4500,   Allen TX 75013-1311
15652388  +XCD Realty & Property Mgmt,   2 N Central Ave,   #1780,   Phoenix AZ 85004-2395
15652328  +adventist glenoaks hospital,   701 Winthrop Avenue,   Glendale Heights IL 60139-1405
15652332  +alexander assoc,   1555 Barrington Road,   Ste 335,   Hoffman Estates IL 60169-1064
15652341  +azz family dental,   1645 irving park road,   Hanover Park IL 60133-3382
15652367  +med Spa womens center,   1 Tiffany Pt,   Bloomingdale IL 60108-2936
15652368   medical center anesthesia,   1555 Barrington Road,   Bloomingdale IL 60108
15652370  +midwest emergency associates,   800 Biesterfield Road,   Elk Grove Village IL 60007-3361
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        E-mail/Text: tom@nwrelief.com Jul 13 2019 01:25:18     THOMAS ADAMS MCAVITY,
            PHOENIX FRESH START BANKRUPTCY ATTORNEYS,   4742 N. 24TH STREET, #300,   PHOENIX, AZ 85016
smg        EDI: AZDEPREV.COM Jul 13 2019 04:53:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
cr        +EDI: AISACG.COM Jul 13 2019 04:58:00     Capital One Auto Finance, a division of Capital On,
            4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
15652330   EDI: AFNIRECOVERY.COM Jul 13 2019 04:53:00     AFNI,   PO Box 3517,   Bloomington IL 61702-3517
15652333   EDI: PHINAMERI.COM Jul 13 2019 04:53:00     Ameri-Credit,   801 Cherry St #3900,
            Fort Worth TX 76102
15652335   EDI: APPLIEDBANK.COM Jul 13 2019 04:58:00     APplied Bank,   4700 Exchange Ct.,
            Boca Raton FL 33431-0996
15652339   EDI: CINGMIDLAND.COM Jul 13 2019 04:53:00     AT & T,   Attn: Bankruptcy,   PO Box 10330,
            Fort Wayne IN 46851-0330
15652340  +EDI: CINGMIDLAND.COM Jul 13 2019 04:53:00     AT&T,   PO Box 6416,   Carol Stream IL 60197-6416
15652334  +EDI: PHINAMERI.COM Jul 13 2019 04:53:00     AmeriCredit/GM Financial,   Attn: Bankruptcy,
            Po Box 183853,   Arlington TX 76096-3853
15652336   EDI: APPLIEDBANK.COM Jul 13 2019 04:58:00     Applied Card Bank,   Correspondence Department,
            PO Box 17120,   Wilmington DE 19886-7120
15652337  +EDI: AZDEPREV.COM Jul 13 2019 04:53:00     Arizona Department of Revenue,
            c/o Tax, Bankruptcy, and Collections,   1275 W. Washington Ave.,   Phoenix AZ 85007-2926
15659004   EDI: RESURGENT.COM Jul 13 2019 04:58:00     Ashley Funding Services, LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15652343  +EDI: CAPITALONE.COM Jul 13 2019 04:58:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
            Salt Lake City UT 84130-0285
15652344  +EDI: CAPONEAUTO.COM Jul 13 2019 04:58:00     Capital One Auto Finance,   Attn: Bankruptcy,
            Po Box 30285,   Salt Lake City UT 84130-0285
15652345  +EDI: CAPITALONE.COM Jul 13 2019 04:58:00     Capital One Bank,   PO Box 30285,
            Salt Lake City UT 84130-0285
15652347  +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 01:29:43     Cavalry Portfolio Serv,
            500 Summit Lake Dr,   Valhalla NY 10595-2322
15664253  +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 01:29:43     Cavalry SPV I, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15652349  +E-mail/Text: khorner@checkintocash.com Jul 13 2019 01:30:06     Check into Cash,
            Attn: Bankruptcy,   201 Keith Street, Ste 80,   Cleveland TN 37311-5867
15652352   EDI: WFNNB.COM Jul 13 2019 04:58:00     Comenity Capital/Zales,   Attn: Bankrutpcy Dept,
            Po Box 18215,   Columbus OH 43218
15652355  +EDI: RCSFNBMARIN.COM Jul 13 2019 04:58:00     Credit One Bank,   Attn: Bankruptcy Department,
            Po Box 98873,   Las Vegas NV 89193-8873
15652357   EDI: DIRECTV.COM Jul 13 2019 04:53:00     Direct TV,   P.O. Box 6550,   Englewood CO 80155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15652358       +E-mail/Text: bknotice@ercbpo.com Jul 13 2019 01:29:25      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville FL 32256-7412
15652359       +EDI: BLUESTEM Jul 13 2019 04:58:00      Fingerhut,  Attn: Bankruptcy,   Po Box 1250,
                Saint Cloud MN 56395-1250
15652360       +E-mail/Text: bankruptcynotices@fifsg.com Jul 13 2019 01:29:04
                First Investors Financial Services,  Attn: Bankruptcy,
                380 Interstate North Parkway, Suite 300,   Atlanta GA 30339-2222
15652361       +EDI: AMINFOFP.COM Jul 13 2019 04:58:00      First PREMIER Bank,   Attn: Bankruptcy,
                Po Box 5524,   Sioux Falls SD 57117-5524
15652363       +EDI: HFC.COM Jul 13 2019 04:58:00      HSBC Bank USA, N.A.,   P.O. Box 2013,
                Buffalo NY 14240-2013
15652364        EDI: IRS.COM Jul 13 2019 04:58:00      IRS,   Central Insolvency Operations,   PO Box 7346,
                Philadelphia PA 19101-7346
15658872        EDI: RESURGENT.COM Jul 13 2019 04:58:00      LVNV Funding, LLC,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
15652371        EDI: PRA.COM Jul 13 2019 04:53:00      Portfolio Recovery,   Attn: Bankruptcy,
                120 Corporate Blvd,   Norfold VA 23502
15652617       +EDI: PRA.COM Jul 13 2019 04:53:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
15652377       +EDI: RMSC.COM Jul 13 2019 04:58:00      Synchrony Bank/ JC Penneys,  Attn: Bankruptcy,
                Po Box 956060,   Orlando FL 32896-0001
15652378       +EDI: RMSC.COM Jul 13 2019 04:58:00      Synchrony Bank/Amazon,  Attn: Bankruptcy,
                Po Box 965060,   Orlando FL 32896-5060
15652379       +EDI: RMSC.COM Jul 13 2019 04:58:00      Synchrony Bank/Care Credit,  Attn: Bankruptcy Dept,
                Po Box 965060,   Orlando FL 32896-5060
15652380        EDI: AISTMBL.COM Jul 13 2019 04:53:00      T-Mobile,   Bankruptcy Notices,   PO Box 53410,
                Bellevue WA 98015
15652384       +E-mail/Text: psd@upicolo.org Jul 13 2019 01:29:47      University Physicians,
                13611 E Colfax Ave,   Box 1059,   Denver CO 80256-0001
15652386       +E-mail/Text: bkr@virtuososourcing.com Jul 13 2019 01:30:21      Virtuoso Sourcing Group,
                4500 Cherry Creek South Dr,   Denver CO 80246-1500
15652387        EDI: BLUESTEM Jul 13 2019 04:58:00      Webbank Fingerhut,   6250 Ridgewood Rd.,
                Saint Cloud MN 56303-0820
                                                                               TOTAL: 37

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15652353        Compass Colorado Heath Care,   1065  NE 125th St,   Ste 409
15652350        childrens hospital colorado,   13123 E 16th Avenue,   #B095
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15652366*       Labcorp,   PO Box 2240,   Burlington NC 27216-2240
15652376      ##+Stratford Family Physicians,   129 Fairfield Way,   Bloomingdale IL 60108-1557
                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
```
              EDWARD J. MANEY    courtecf@maney13trustee.com
              THOMAS ADAMS MCAVITY    on behalf of Debtor RICHARD JOSEPH DARCY tom@nwrelief.com,
              melissa@nwrelief.com
              THOMAS ADAMS MCAVITY    on behalf of Joint Debtor NICOLE LORRAINE DARCY tom@nwrelief.com,
              melissa@nwrelief.com
              U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
                                                                         TOTAL: 4
```

| | | | |
|---|---|---|---|
| Debtor 1 | **RICHARD JOSEPH DARCY** | Social Security number or ITIN | **xxx–xx–8764** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **NICOLE LORRAINE DARCY** | Social Security number or ITIN | **xxx–xx–3909** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court  **District of Arizona** | | | |
| Case number:  **2:19–bk–08314–BKM** | | Date case filed for chapter  **13  7/7/19** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors, failure to file required tax returns or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | RICHARD JOSEPH DARCY | NICOLE LORRAINE DARCY |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1497 S. 227TH AVE. BUCKEYE, AZ 85326 | 1497 S. 227TH AVE. BUCKEYE, AZ 85326 |
| 4. | **Debtor's attorney** Name and address | THOMAS ADAMS MCAVITY PHOENIX FRESH START BAKRUPTCY ATTORNEYS 4742 N. 24TH STREET, #300 PHOENIX, AZ 85016 | Contact phone 503–739–3474 Email: tom@nwrelief.com |
| 5. | **Bankruptcy trustee** Name and address | EDWARD J. MANEY 101 N. FIRST AVE., SUITE 1775 PHOENIX, AZ 85003 | Contact phone 602–277–3776 Email: service@maney13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003–1727** | Office Hours: 8:30 am – 4:00 pm Monday–Friday |
| | | | Contact Phone: (602) 682–4000 |
| | | | Date: 7/12/19 |

**For more information, see page 2**

| 7. Meeting of creditors | August 14, 2019 at 10:00 AM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ |

| 8. Deadlines | **Deadline to file a complaint to challenge dischargeability of certain debts:** | Filing deadline: 10/15/19 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:** | |
| | • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or | |
| | • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 9/16/19 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 1/3/20 |
| | **Deadlines for filing proof of claim:** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 days from Case Filed Date.** | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| 9. Filing of plan | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |